UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WARD,
       Plaintiff,

-v-

RAGEON, INC. *et al.*,
       Defendants.

19-CV-1935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  The parties have requested a telephonic conference to resolve disputes relating to the upcoming trial. (Dkt. No. 35.) Accordingly, counsel for the parties are directed to appear by telephone for a conference on December 18, 2019, at 3:00 p.m. Counsel shall jointly call chambers at 212-805-0266 at that time.

  SO ORDERED.

Dated: December 17, 2019
   New York, New York

                J. PAUL OETKEN
               United States District Judge