UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WARD,
                Plaintiff,

-v-

RAGEON, INC. *et al.*,
                Defendants.

19-CV-1935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    As discussed on the record during today's telephonic conference, counsel for the parties are directed to appear by telephone for a final pretrial conference on <u>January 8, 2020, at 3:00 p.m.</u> Counsel shall jointly call chambers at 212-805-0266 at that time.

    SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                              J. PAUL OETKEN
                                       United States District Judge