UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARD,<br><br>                    Plaintiff,<br><br>-v-<br><br>RAGEON, INC. et al.,<br><br>                  Defendants. | 19-CV-1935 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

A bench trial was held in this case on January 13, 2020. Based on the findings of fact and conclusions of law stated from the bench at the conclusion of trial, judgement is entered in favor of Plaintiff Mark Ward and against Defendant RageOn, Inc., in the amount of $60,000 in statutory damages under the Copyright Act, 17 U.S.C. § 504(c).

Any motion for attorney's fees and costs shall be filed on or before January 27, 2020, and any response shall be filed on or before February 10, 2020.

The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: January 14, 2020
       New York, New York

_____
           J. PAUL OETKEN
        United States District Judge