UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARK WARD,
                      Plaintiff,

-against-                              19 CIVIL 1935 (JPO)

## JUDGMENT

RAGEON, INC. et al.,
                      Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14, 2020, and based on the findings of fact and conclusions of law stated from the bench at the conclusion of trial, judgment is entered in favor of Plaintiff Mark Ward and against Defendant RageOn, Inc., in the amount of $60,000 in statutory damages under the Copyright Act, 17 U.S.C. § 504(c).

**Dated:** New York, New York
           January 17, 2020

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**

                  **BY:**

                                                **Deputy Clerk**