Robert Garson (RG-1521)
GARSON, SÉGAL, STEINMETZ, FLADGATE LLP
164 West 25th Street, Suite 11R
New York, New York 10001
Telephone: (212) 380-3623
Facsimile: (347) 537-4540
Email: rg@gs2law.com

*Attorneys for Plaintiff Mark Ward*

| | |
|---|---|
| MARK WARD,<br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>RAGEON, INC.,<br><br>　　　　　　　　　Defendant. | Civil Case No. 1:19-cv-1935 (JPO)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the January 27, 2020 Plaintiff's Memorandum of Law in Support of Motion for Attorneys' Fees, Robert Garson's Declaration in Support of Attorneys' Fees, and the exhibits thereto, the undersigned attorneys for Mark Ward, shall move this Court before the Honorable J. Paul Oetken, located at the United States Courthouse for the Southern District of New York, Court Room 706, 40 Foley Square, New York, New York 10007 at a time and date designated by the Court.

Dated: January 27, 2020
　　　　New York, NY

Respectfully submitted,

_____
Robert Garson
Garson, Ségal, Steinmetz, Fladgate LLP
164 West 25th Street, 11R
New York, NY 10001-7423
Telephone: (212) 380-3623
Fax: (347) 537-4540
Email: rg@gs2law.com
ATTORNEYS FOR PLAINTIFF