UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WARD,

                Plaintiff,

    -v-

RAGEON, INC.,

                Defendant.

19-CV-1935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 10, 2020, counsel for Defendant RageOn, Inc. filed a motion to withdraw, and requested a 30-day continuance of all dates to allow Defendant to retain new counsel. (Dkt. No. 52.) That motion is GRANTED.

Because a corporation cannot proceed *pro se*, *Lawrence v. U.S.S.E.C*, 384 Fed. App'x 44, 45 (2d Cir. 2010) (summary order), if Defendant is unable to secure new counsel within 30 days, Plaintiff's pending motion for attorneys fees shall be considered unopposed.

Accordingly, Defendant must have counsel appear and file an opposition to Plaintiff's motion for attorney's fees on or before March 13, 2020. The Clerk of Court is directed to terminate attorney Panagiota Betty Tufariello from the case, and to close the motion at Docket Numbers 52 and 53.

The withdrawing attorney is directed to serve this Order on Defendant.

SO ORDERED.

Dated: February 13, 2020
      New York, New York

                                                     J. PAUL OETKEN
                                             United States District Judge