UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WARD,

                    Plaintiff,

            -v-

RAGEON, INC. et al.,

                    Defendants.

19-CV-1935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 18, 2020, Defendant filed a motion for an extension of time to file a notice of appeal in this action.  (Dkt. No. 55.)  The motion is GRANTED.

The date of the judgment in this action was January 17, 2020.  The original notice of appeal was due on or before February 17, 2020.  Because Defendant must now find new counsel (*see* Dkt. No. 54), this Court finds good cause for the extension.

Accordingly, pursuant to Federal Rule of Appellate Procedure 4(a)(5), Defendant must file its notice of appeal on or before March 18, 2020.

Attorney Panagiota Betty Tufariello shall serve this Order on Defendant.

SO ORDERED.

Dated: February 19, 2020
       New York, New York

_____
            J. PAUL OETKEN
      United States District Judge