UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WARD,

                    Plaintiff,

        -v-

RAGEON, INC. et al.,

                    Defendants.

19-CV-1935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 13, 2020, Defendant RageOn, Inc. filed a letter requesting additional time to retain counsel to represent it in this action. (Dkt. No. 57.) In light of the public health crisis, this Court will allow Defendant an additional three weeks to retain counsel.

Accordingly, if Defendant RageOn, Inc. does not retain counsel on or before April 7, 2020, Plaintiff's motion shall be considered unopposed.

Plaintiff is directed to email or mail a copy of this order to Defendant.

SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                      J. PAUL OETKEN
                                  United States District Judge